IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER PHILLIP JONES, JR.
ADC #610198                                                                PLAINTIFF

v.                       Case No. 5:10-cv-186-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                                                   DEFENDANT

ORDER

The Court has considered Magistrate Judge Beth Deere's Recommended Disposition, *Document No. 20*, regarding Jones's petition for habeas relief. Jones has not objected. Having reviewed the recommendation for clear errors of fact on the face of the record and for legal error, the Court adopts the recommendation in its entirety. Habeas Corpus Rule 8(b).

The Court lacks subject-matter jurisdiction over Jones's claims. His petition for writ of habeas corpus, *Document No. 2*, is therefore denied and his claims against Hobbs are dismissed without prejudice. A certificate of appealability is not appropriate because Jones has not made a substantial

showing that he has been denied any constitutional right.  28 U.S.C.A. § 2253(c)(1)–(2) (West 2006).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 Sept. 2011