IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


WALTER PHILLIP JONES, JR.
ADC #610198                                                          PLAINTIFF


v.                          Case No. 5:10-cv-186-DPM


RAY HOBBS, Director, Arkansas
Department of Correction                                          DEFENDANT


JUDGMENT

Jones's petition for writ of habeas corpus, *Document No. 2*, is denied and

dismissed without prejudice.  A certificate of appealability is not appropriate

in this case.  28 U.S.C.A. § 2253(c)(1)–(2) (West 2006).



_____
D.P. Marshall Jr.
United States District Judge

_13 Sept. 2011_